**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1960

JOSE G. BASERVA,

Plaintiff - Appellant,

v.

ROBERT A. REMES; CARLINER & REMES PC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:08-cv-00997-LO-IDD)

Submitted: November 17, 2010            Decided: December 8, 2010

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angel L. Arias, THE ARIAS LAW GROUP, P.A., Miami Gardens, Florida, for Appellant. Tracie N. Wesner, Matthew A. Ranck, ECCLESTON & WOLF, P.C., Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose G. Baserva appeals the district court's orders granting summary judgment to Defendants in this legal malpractice action. We have reviewed the record and Baserva's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Baserva v. Remes, No. 1:08-cv-00997-LO-IDD (E.D. Va. May 18 & July 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED